**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - COOKEVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOHN MAXWELL<br>xxx.xx.8628<br>799 SPRING PARK DRIVE<br>COOKEVILLE, TN 38501<br><br>    DEBTOR. | CASE NO. 12-02901-KL2-7<br>CHAPTER 7<br>JUDGE KEITH M. LUNDIN |

**TRUSTEE'S OBJECTION TO NOTICE OF FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE**

John C. McLemore, Trustee, files this objection to Notice of Failure to File Financial Management Course Certificate and Potential Closure of Case Without Discharge (Docket Entry No. 24) filed on June 25, 2012. In support of this objection, the Trustee says:

This is an asset case. Therefore, the case should not be closed.

**WHEREFORE**, the Trustee requests that this case remain open for further administration.

Dated this 27th day of June, 2012.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
P.O. Box 158249
Nashville, TN 37215-8249
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this objection was mailed either electronically or by U.S. mail, postage prepaid to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, John Maxwell, 799 Spring Park Drive, Cookeville, TN 38501 and Debtor's attorney, Jon David Rogers, 131 Indian Lake Road, Suite #208, Hendersonville, TN 37075 on this 27th day of June, 2012.

*/s/ John C. McLemore*
John C. McLemore